JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORIMA LONESKY, individually, and on behalf of other similarly situated employees,

Plaintiffs,

vs.

SORENSON COMMUNICATIONS, LLC; and DOES 1 through 25, inclusive,

Defendants.

Case No. 2:26-cv-06918-PA (PDx)

[*Assigned to Hon. Percy Anderson*]

*[Removed from Superior Court of California, County of Los Angeles, Case No. 26STCV10588]*

**ORDER GRANTING JOINT STIPULATION TO REMAND**

**ORDER**

The Court, having reviewed and considered the Joint Stipulation to Remand, and good cause appearing, **IT IS HEREBY ORDERED:**

1) This Action is hereby REMANDED to the Superior Court of California for the County of Los Angeles; and
2) The Parties will bear their respective attorneys' fees and costs incurred in the remand of this Action.

DATED: October 5, 2026

By: ______________________________
Percy Anderson
United States District Judge